Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN 14 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| LUIE ALEJANDRO QUEZADA,<br><br>            Petitioner,<br>     v.<br>DEBRA DEXTER, Warden, (A)<br>            Respondent. | ) CV 07-5238-SJO (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 1/13/28

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

1